IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLINTON PLANT and MELISSA PLANT,

    Plaintiffs,

v.                                                      Civ. No. 10-00453 JAP/RLP

MERCANTILE ADJUSTMENT
BUREAU, LLC,

    Defendant.

ORDER GRANTING EXTENSION TO NAME EXPERT

THIS MATTER comes before the Court on Defendant's Motion for Extension to Name Expert. Before the district court is Plaintiff's pending Motion to Amend to add a class action claim. Defendant asserts that if that motion is granted, it would alter the scope of the cause of action and the issues involved therein. Plaintiff objects to the extension, but the Court finds that good cause exists therefor. As Defendant states, the "use of an expert, and the breadth of expert report testimony, cannot be reasonably determined and prepared at this time." Motion at 1. Accordingly, Defendant shall have until (1) thirty (30) days after a final determination on class certification; or, alternatively, (2) thirty (30) days after the ruling on Plaintiff's Motion to Amend.

IT IS THEREFORE ORDERED that Defendant's Motion for Extension to Name Expert [Doc. 24] is granted and Defendant shall have the extensions of time as stated herein.

IT IS SO ORDERED.

                                                                       Richard L. Puglisi
                                                                       Chief United States Magistrate Judge