IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLINTON PLANT and MELISSA PLANT,

  Plaintiffs,

v.              Civ. No. 10-00453 JAP/RLP

MERCANTILE ADJUSTMENT
BUREAU, LLC,

  Defendant.

ORDER TO FILE CLOSING DOCUMENTS
PER SETTLEMENT

  The Court was informed by the parties on January 14, 2011, that a negotiated resolution has been reached in this matter.

  Wherefore,

  **IT IS HEREBY ORDERED THAT** closing documents must be filed on or before February 17, 2011, absent a request showing good cause for an extension.

_____
Richard L. Puglisi
Chief United States Magistrate Judge