IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLINTON PLANT and MELISSA PLANT,

                Plaintiffs,

v.                              No. 1:10-cv-00453-JAP-RLP

MERCANTILE ADJUSTMENT BUREAU, LLC.,

                Defendant.

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Defendant, Mercantile Adjustment Bureau, LLC, by and through its counsel of record, Keleher & McLeod, P.A. (S. Charles Archuleta) and Plaintiffs, Clinton Plant and Melissa Plant, by and through their attorneys of record, Weisberg and Meyers, LLC, hereby jointly move for dismissal with prejudice of any and all claims, cross claims or counter-claims including Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint, that have been or could have been brought in this action against Defendant by, through or on behalf of Plaintiffs, with the parties to bear their own costs and attorneys' fees.  As grounds for this motion, the parties advise the Court that this matter has been settled.

                Respectfully submitted,

                **KELEHER & McLEOD, P.A.**

                By:  */s/ S. Charles Archuleta*
                    S. Charles Archuleta
                    P.O. Box AA
                    Albuquerque, New Mexico  87103
                    *Attorneys for Defendant*

**WEISBERG AND MEYERS, LLC**

By: */s/ Larry Leshin* _____

Larry Leshin, Esq.
1216 Indiana Street NE
Albuquerque, NM  87110
Fax: 866-565-1327
*Attorney for Plaintiffs*

*112148*