IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLINTON PLANT and MELISSA PLANT,

        Plaintiffs,

v.                              No. 1:10-cv-00453-JAP-RLP

MERCANTILE ADJUSTMENT BUREAU, LLC.,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiffs and Defendant, Mercantile Adjustment Bureau, LLC.  The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims, cross claims, and counterclaims, including Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint, that Plaintiffs, Clinton Plant and/or Melissa Plant, brought or could have brought in this action against Defendant, Mercantile Adjustment Bureau, LLC, be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

_____
The Honorable James A. Parker
UNITED STATES DISTRICT JUDGE

**APPROVED:**

**WEISBERG AND MEYERS, LLC**

By:___*/s/ Larry Leshin*_____
     Larry Leshin, Esq.
     1216 Indiana Street NE
     Albuquerque, NM  87110
     Fax: 866-565-1327
     *Attorney for Plaintiffs*


and


**KELEHER & McLEOD, P.A.**


By:___*/s/ S. Charles Archuleta*_
     S. Charles Archuleta
     P.O. Box AA
     Albuquerque, New Mexico  87103
     *Attorneys for Defendant*

*112146*